IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TARUS MACK,

      Appellant,

v.
                   Case No.  5D21-2939
                   LT Case No.2020-CA-3701-O

MARLIN DANIELS AND THE ORANGE
COUNTY CANVASSING BOARD,

      Appellees.
_____/

Decision filed October 4, 2022

Appeal from the Circuit
Court for Orange County,
Kevin B. Weiss, Judge.

Matthew A. Leibert, of Law Office Matthew
A. Leibert, Orlando, for Appellant.

Nicholas A. Shannin, of Shannin Law Firm,
P.A., Orlando, for Appellee, The Orange
County Canvassing Board.

Christian W. Waugh, of Waugh Grant PLLC,
Orlando, for Appellee, Marlin Daniels.

PER CURIAM.

      AFFIRMED.

EVANDER, COHEN and EDWARDS, JJ., concur.